**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CONSOLIDATED CASE NUMBER 3:16-cv-110-MCR-EMT**

MORETTE COMPANY, individually, and for the use and benefit of BITCO NATIONAL INSURANCE COMPANY,

Plaintiff,

vs.

SOUTHERN-OWNERS INSURANCE COMPANY,

Defendant.

_______________________________________/

SOUTHERN-OWNERS INSURANCE COMPANY,

Plaintiff,

vs.

MORETTE COMPANY, INC., LITTLE SABINE, INC., ALL STOP WATERPROOFING, L.L.C., R.C. ALUMINUM INDUSTRIES, INC., CONSTRUCTION PLASTERING COMPANY, INC., COMMERCIAL CONCRETE SYSTEMS, INC., ETHERIDGE CONSTRUCTION, INC., WALKER PAINTING, INC.,

Defendants.

_______________________________________/

**SOUTHERN-OWNERS INSURANCE COMPANY'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW, SOUTHERN-OWNERS INSURANCE COMPANY, by and through its undersigned counsel, and pursuant to this Honorable Court's ruling, dated September 19, 2017, on Southern-Owners Insurance Company's Motion for Summary Judgment, and files its Notice of Dismissal Without Prejudice of the following Defendants:

1. Little Sabine, Inc.;
2. Etheridge Construction;
3. All Stop Waterproofing, L.L.C.;
4. R.C. Aluminum Industries, Inc.;
5. Construction Plastering Company, Inc.;
6. Commercial Concrete Systems, Inc.;
7. Walker Painting, Inc.; and
8. Liberty Mutual Insurance Company.

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing was served by Notice of Electronic Filing via the Court's CM/ECF electronic filing system this 26th day of September, 2017, upon the following counsel of record:

**Edward Fleming, Esquire**
**Matthew Adam Bush, Esquire**
McDonald Fleming Moorhead
719 S. Palafox Street
Pensacola, Fl 32502
850-477-0660
Fax: 850-477-4510
epfleming@pensacolalaw.com
mabush@pensacolalaw.com
*Counsel for Morette Company*

**Kathleen Johnson Maus, Esquire**
**Jonathan Blake Hunter, Esquire**
Butler Weihmuller et al PA
3600 Maclay Blvd., Ste. 101
Tallahassee, FL 32312
850-894-4111
Fax: 850-894-4999
kmaus@butler.legal
jhunter1@butler.legal
*Counsel for Morette Company*

**Elizabeth A. Parsons, Esquire**
**Megan M. Hall, Esquire**
Wilson Harrell Farrington et al PA
307 South Palafox St.
Pensacola, FL 32502
850-438-1111
Fax: 850-432-8500
eparsons@whsf-law.com
mhall@whsf-law.com
*Counsel for Southern-Owners Insurance Company*

**Mitch Chusid, Esquire**
Ritter Chusid Bivona & Cohen LLP
5850 Coral Ridge Drive
Suite 201
Coral Springs, FL 33076
954-340-2200
Fax: 954-340-2210
mchusid@ritterchusid.com
*Counsel for RC Aluminum Industries, Inc.*
*AND*
*Construction Plastering Company, Inc.*


/s/ Elizabeth A. Parsons
ELIZABETH A. PARSONS
Florida Bar No. 0040266
MEGAN M. HALL
Florida Bar No. 0041695
Wilson, Harrell, Farrington, Ford,
Wilson, Spain & Parsons, PA.
307 South Palafox Street
Pensacola, Florida 32502-5929
Telephone: (850) 438-1111
Facsimile: (850) 432-8500
eparsons@whsf-law.com
mhall@whsf-law.com
*Counsel for Southern-Owners Insurance Company*