UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MORETTE COMPANY, individually
and for the use and benefit of BITCO
NATIONAL INSURANCE COMPANY,

   Plaintiff,

v.                                              Case No. 3:16cv110/MCR/EMT

SOUTHERN-OWNERS INSURANCE
COMPANY,

   Defendant.
                                            /

SOUTHERN-OWNERS INSURANCE
COMPANY,

   Plaintiff,

v.                                              Case No. 3:15cv077/MCR/EMT

MORETTE COMPANY, INC., et al.,

   Defendants.
                                            /

**ORDER**

This matter is before the Court on Southern-Owners Insurance Company's Notice of Dismissal Without Prejudice. ECF No. 58. Given the posture of this case, the Court construes Southern-Owners' filing as motion for dismissal without prejudice under Rule 41(a)(2). As there has been no activity from any of the eight named

defendants in at least a year, the Court finds that dismissing them without prejudice is appropriate.

Accordingly, it is **ORDERED**:

1. Southern-Owners Insurance Company's Notice of Dismissal Without Prejudice, construed as a motion to dismiss, ECF No. 58, is **GRANTED**.

2. This action is **DISMISSED** without prejudice with respect to the following defendants:

    a. Little Sabine, Inc.;

    b. Etheridge Construction;

    c. All Stop Waterproofing, L.L.C.;

    d. R.C. Aluminum Industries, Inc.;

    e. Construction Plastering Company, Inc.;

    f. Commercial Concrete Systems, Inc.;

    g. Walker Painting, Inc.; and

    h. Liberty Mutual Insurance Company.

**DONE** and **ORDERED** on this 27th day of September, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**